**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 279 WAL 2022
                                 : 
           Respondent              :
                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court
               v.                     :
                                 :
                                 :
TYLER EDWARD HOLBEN,             :
                                 :
           Petitioner                :

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.